ORIGINAL

FILED
2013 APR 26 P 3: 30

```
COOLEY LLP
SCOTT S. BALBER (pro hac vice application forthcoming)
sbalber@cooley.com
JONATHAN CROSS (pro hac vice application forthcoming)
jcross@cooley.com
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile:  (212) 479-6275

COOLEY LLP
JOSEPH B. WOODRING (272940)
jwoodring@cooley.com
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Plaintiff
LFG NATIONAL CAPITAL, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JSC

C 13 1930

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC, | |
| Plaintiff, | |
| v. | Case No. |
| JOSEPH M. ALIOTO, an individual, THE ALIOTO LAW FIRM, a sole proprietorship, | |
| Defendants. | PLAINTIFF LFG NATIONAL CAPITAL, LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-16 of the United States District Court for the Northern District of California, Plaintiff LFG National Capital LLC ("LFG") hereby files its corporate disclosure statement and certification of interested entities or persons.

Pursuant to Federal Rule of Civil Procedure 7.1, LFG states that it has no parent corporation and that no publicly held corporation owns more than 10% of LFG's stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Woodhaven Drive I, LLC and Alpine Associates, L.P.

Dated: April 26, 2013

COOLEY LLP

Joseph B. Woodring (272940)

Scott S. Balber (*pro hac vice* application forthcoming)

Attorneys for Plaintiff
LFG NATIONAL CAPITAL, LLC