IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC, | No. 13-cv-1930 |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOSEPH M. ALIOTO, an individual, and THE ALIOTO LAW FIRM, a sole proprietorship, | |
| Defendants. | |

This action has been dismissed for lack of federal jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 28, 2013

SUSAN ILLSTON
United States District Judge